UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIA HERNANDEZ-HERNANDEZ,

                              Plaintiff,

v.

AMERICA'S SERVICING COMPANY, et al.

                              Defendants.

Case No. 2:16-cv-00421-JCM-PAL

ORDER

Before the court is the Notice of Settlement Between Plaintiff and Defendant Equifax Information Services, LLC (Dkt. #6).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall have until **May 23, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 28th day of March, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE