UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA HERNANDEZ-HERNANDEZ, | Case No. 2:16-cv-00421-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| AMERICA'S SERVICING COMPANY, et al, | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Transunion, LLC (Dkt. #16). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendant Transunion, LLC shall have until **June 13, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 25th day of April, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE