UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIA HERNANDEZ-HERNANDEZ,

                               Plaintiff,

v.

AMERICA'S SERVICING COMPANY,

                               Defendant.

Case No. 2:16-cv-00421-JCM-PAL

ORDER

     Before the court is the Notice of Settlement Between Plaintiff and America's Servicing Company (ECF No. 30).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

     **IT IS ORDERED** that Plaintiff and Defendant America's Servicing Company shall have until **October 20, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

     DATED this 30th day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE