1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
3  HAINES & KRIEGER, LLC
4  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
5  Phone: (702) 880-5554
6  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
   *Attorney for Plaintiff, Maria R. Hernandez-Hernandez*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Maria R. Hernandez-Hernandez, <br><br> Plaintiff, <br><br> v. <br><br> AMERICA'S SERVICING COMPANY; EQUIFAX INFORMATION SYSTEMS, LLC; and TRANSUNION LLC, <br><br> Defendants. | Case No. 2:16-cv-00421-JCM-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>AMERICA'S SERVICING COMPANY ONLY</u>** |

   Plaintiff Maria R. Hernandez-Hernandez and America's Servicing Company hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

…

…

…

Page **1** of **2**

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, America's Servicing Company**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 19, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Tanya N. Peters, Esq.
Tanya N. Peters, Esq.
Snell & Wilmer L.L.P.
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101

/s/ Jeffrey L. Willis, Esq.
Jeffrey L. Willis, Esq.
Snelll & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant America's Servicing Company*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 20, 2016
_____